```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA                    :
                                            :
                                            :    RESCHEDULING
v.                                          :    ORDER
                                            :
Joseph Lewis,                               :
                                            :    7-22-cr-00098-PMH-1
            Defendants.                     :
                                            :
------------------------------------------------------------x
```

Sentencing in this matter is rescheduled to <u>June 30, 2022 at 3:00 pm</u> in courtroom 520 at the White Plains Courthouse.

Defendant's sentencing submission is due two weeks before sentencing and the Government's response is due one week before sentencing.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. The questionnaire is located on the Court's Website Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: April 8, 2022          SO ORDERED:

*(signature)*

Philip M. Halpern, U.S.D.J