UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :           **ORDER ACCEPTING**
v.                                       :           **PLEA ALLOCUTION**
                                         :
JOSEPH LEWIS,                            :           7:21-CR-00098 (PMH)
             Defendant.                  :
------------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

The Court has reviewed the transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Andrew E. Krause, United States Magistrate Judge, dated June 14, 2022, is approved and accepted, and the defendant is adjudged guilty of the offense charged in the Information.

The Clerk of Court is directed to enter the guilty plea.

SO-ORDERED:

Dated: White Plains, New York
       June 29, 2022

_____
Philip M. Halpern
United States District Judge